IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK SPITZER, as Trustee of the Max Jones Family Trust u/a/d July 2, 2008,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 12-5910 |
| | : | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 29th day of July, 2013, upon consideration of Plaintiff's "Motion to Remand" (Doc. No. 5) and the response, reply, and supplemental briefs thereto, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Plaintiff's motion to remand and request for attorneys' fees and costs (Doc. No. 5) is **GRANTED**;

- On or before **August 6, 2013**, Plaintiff shall file an affidavit describing costs and attorneys' fees incurred as a result of the removal. Any objections shall be filed on or before **August 12, 2013**.

- This Court shall retain jurisdiction over this matter until entry of an Order regarding costs and fees. At such time, the Clerk of Court shall remand the action to the Philadelphia County Court of Common Pleas.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**